**FILED**

May 05 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/DDE            DEPUTY

ORDERED UNSEALED on 05/27/2026   s/ JudePeter

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MANUEL PEREZ GASTELUM (1),<br>  aka "Manuu,"<br>ERICK ROSENDO LOPEZ RUIZ (2),<br><br>             Defendants. | Case No. '26 CR1691 BTM<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1),<br>841(b)(1)(A)(ii) and 846 - Conspiracy<br>to Distribute Cocaine; Title 21,<br>U.S.C., Secs. 841(a)(1) and<br>841(b)(1)(A)(ii) - Possession with<br>Intent to Distribute Cocaine;<br>Title 18, U.S.C., Sec. 1956(h) -<br>Conspiracy to Launder Monetary<br>Instruments; Title 21, U.S.C.,<br>Sec. 853, and Title 18, U.S.C.,<br>Sec. 982 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including May 5, 2026, within the Southern District of California and elsewhere, defendants MANUEL PEREZ GASTELUM, aka "Manuu," and ERICK ROSENDO LOPEZ RUIZ did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii) and 846.

MAD:nlv(2):San Diego:5/4/26

Count 2

On or about January 31, 2025, within the Southern District of California, defendant ERICK ROSENDO LOPEZ RUIZ did knowingly and intentionally possess, with the intent to distribute, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

Count 3

Beginning on a date unknown to the grand jury and continuing up to and including May 5, 2026, within the Southern District of California and elsewhere, defendants MANUEL PEREZ GASTELUM, aka "Manuu," and ERICK ROSENDO LOPEZ RUIZ, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury:

a.    to conduct a financial transaction affecting interstate commerce and foreign commerce, which involved the proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine and distribution of cocaine, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b.    to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine and distribution of cocaine, from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation,

2

transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

### FORFEITURE ALLEGATIONS

1.   The allegations contained in Counts 1 through 3 are hereby re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2.   Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants shall forfeit to the United States any and all property constituting, and derived from, any proceeds that the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

3.   Upon conviction of the offense set forth in Count 3 of this Indictment, defendants MANUEL PEREZ GASTELUM, aka "Manuu," and ERICK ROSENDO LOPEZ RUIZ shall forfeit to the United States of America,

//

//

3

pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in the offense, and any property traceable to such property.

4.    If any forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

DATED: May 5, 2026.

ADAM GORDON
United States Attorney

By: _MICHAEL A. DESHONG_
MICHAEL A. DESHONG
Assistant U.S. Attorney